■ WILLIAM M. DAUSCHER, Appellant, v LONG ISLAND RAIL-

ROAD COMPANY, Respondent.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about May 27, 1991, unanimously affirmed for the reasons stated by Altman, J., with costs and with disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman and Kassal, JJ.